NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NEAPOLEON JWAN FREEMAN, SR.,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2014-5023

---

Appeal from the United States Court of Federal Claims in No. 1:13-cv-00327-EJD, Judge Edward J. Damich.

---

**ON MOTION**

---

PER CURIAM.

**O R D E R**

Neapoleon Jwan Freeman, Sr. moves for leave to proceed in forma pauperis. Mr. Freeman also appears to request appointment of counsel to assist him in this appeal.

Because Mr. Freeman has failed to file a completed Federal Circuit Form 6, this court is unable to determine

whether he meets the requirements for proceeding in forma pauperis.  The court also notes that the dockets of this court and the United States Court of Federal Claims list Mr. Freeman's address as the Coffeewood Correctional Center, Mitchells, VA 22729, indicating that he may currently be incarcerated.  If Mr. Friedman is currently a prisoner, he must also submit Federal Circuit Form 6A, a supplemental form for prisoners.

To the extent that Mr. Freeman requests that this court appoint him counsel to assist with this appeal, that request is denied.

Accordingly,

IT IS ORDERED THAT:

(1)  The motion for leave to proceed in forma pauperis is denied without prejudice to Mr. Freeman refiling his request within 21 days of the date of this order with complete responses to the Federal Circuit Form 6's requests, including average monthly income sources, average monthly expenses, and current address, as well as Form 6A, if applicable.

(2)  The motion for appointment of counsel is denied.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s24


Forms Enclosed (Fed. Cir. Form 6 and 6A)